# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Curtis F. Nelson and Ted E. Amsbaugh, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Edward Byrne, Radcrete Pacific Pty Ltd., ) <br> an Australian corporation, and Tech-Crete, ) <br> LLC, a North Dakota Limited Liability ) <br> Company, ) <br> ) <br> Defendants. ) | **ORDER RE ADMISSION** <br> **PRO HAC VICE** <br><br><br><br><br><br> Case No. 1:16-cv-042 |

Before the court is a motion for attorney Cecil E. Morris, Jr. to appear *pro hac vice* on behalf of Defendants Edward Byrne and Pacific Pty Ltd. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Cecil E. Morris, Jr. has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 2) is **GRANTED**. Attorney Cecil E. Morris, Jr. is admitted to practice before this court in the above-entitled action on behalf of Defendants Edward Byrne and Pacific Pty Ltd.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2016.

                                                   */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court